■ ERNEST R. WUNNER et al., Appellants, v RAYMOND M. MAGUIRE et al., Respondents.—In an action, *inter alia,* to recover damages for breach of contract, plaintiffs appeal from an order of the Supreme Court, Putnam County, dated June 16, 1977, which, *inter alia,* granted defendants-respondents' motion to vacate a prior order of attachment. Order affirmed, with $50 costs and disbursements, on the opinion of Mr. Justice Silberman at Special Term. Hopkins, J. P., Latham, Margett and Rabin, JJ., concur.